UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE     Case No. 21 MC 102 (AKH)
LITIGATION
-----------------------------------------------------------------x
VINCENT CIARMELLA,                   :   Case No. 07 CV 5343

                Plaintiffs,    :

   - against -                       :   **NOTICE OF APPEARANCE**

AMERICAN STOCK EXCHANGE CLEARING     :
LLC, et al.,
                                 :
                Defendants.
-----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant AMEX SEAT OWNERS ASSOCIATION, INC.

    I certify that I am admitted to practice in this court.

Date: August 6, 2007

**SILLER WILK LLP**
Attorneys for Defendant AMEX Seat
Owners Association, Inc.

By: _____
Pamela L. Kleinberg, Esq. (PK 4508)
675 Third Avenue, 9th Floor
New York, NY  10017
(212) 421-2233

{00178964v1}                1