Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

VINCENT CIARAMELLA,                                              Index No.: 07-CV-05343

                         Plaintiff(s),                **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-

                                                           **ELECTRONICALLY FILED**
AMERICAN EXPRESS BANK, LTD, *et al.*,

                         Defendant(s).
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      August 30, 2007

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendants
                    LEHMAN BROTHERS INC., LEHMAN
                    COMMERCIAL PAPER INC. and LEHMAN
                    BROTHERS HOLDINGS INC.

                    By: _____
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel