Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 102 (AKH)

VINCENT CIARAMELLA,                                            Index No.: 07-CV-05343

                       Plaintiff(s),         **NOTICE OF ADOPTION OF ANSWER**
                                             **TO MASTER COMPLAINT**

    -against-
                                             **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK, LTD, *et al.*,

                       Defendant(s).
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 9, 2007

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"),

                                    By: _____
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel